UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDREW MALDONADO,

               Plaintiff,

     v.

CDCR, *et al.*,

               Defendants.

Case No. 1:26-cv-04024-FJS (PC)

ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff Andrew Maldonado ("Plaintiff"), a state prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 in the United States District Court for the Northern District of California on May 13, 2026. (ECF No. 1.) On May 22, 2026, the case was transferred to the Fresno Division of the United States District Court for the Eastern District of California. (ECF No. 4.)

Plaintiff alleges violations of his civil rights that took place in Sacramento County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in or transferred to the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:    **May 27, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2